

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOHNNY L. HARRIS,<br>Appellant | CIVIL ACTION<br>NO. CV07-1717-A |
| VERSUS | |
| MICHAEL J. ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY,<br>Appellee | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is VACATED and Harris' case is REMANDED to the Commissioner for further proceedings.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 27 day of January, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE